■ HELMUT LAHANN, as Administrator of the Estate of ROBERT K.
LAHANN, Deceased, et al., Respondents, v. JOSEPH A. CRAVOTTA et al., Appel-
lants.—In an action to recover damages for wrongful death, etc., defendants
appeal from an order of the Supreme Court, Suffolk County, entred January 3,
1966, which granted plaintiffs' motion for a pretrial examination of defendants.
Order affirmed, with $10 costs and disbursements. Plaintiffs' motion was
properly granted even though a statement of readiness had been filed more
than four years previously. It is not disputed that when this statement of

readiness was filed defendant Cravotta was on active duty as an enlisted man in the United States Marine Corps. Consequently, he was under the protection of the Soldiers' and Sailors' Relief Act of 1940 (U. S. Code, tit. 50 [App.], § 510 *et seq.*). Ughetta, Acting P. J., Christ, Brennan, Hill and Hopkins, JJ., concur.